UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
--------------------------------------------------------X
JOSE MARCELO PACA DAQUILEMA,

                 Petitioner,                  JUDGMENT

      v.                                 26-CV-3467-OEM

WARDEN, METROPOLITAN DETENTION
CENTER BROOKLYN (MDC BROOKLYN),
et al.,

                 Respondents.
--------------------------------------------------------X

An Order of the Honorable Orelia E. Merchant, United States District Judge, having been

entered on June 22, 2026, denying the Petition; and lifting the Court's June 10, 2026, stay of Petitioner's

removal pending a decision on the Petition; it is

ORDERED and ADJUDGED that judgment is hereby entered in favor of Respondents.

Dated: Brooklyn, New York               Brenna B. Mahoney
       June 22, 2026                 Clerk of Court


                               By:    */s/Jalitza Poveda*
                                     Deputy Clerk